THE LAW OFFICES OF
# E. DAVID HOSKINS, LLC
16 E. LOMBARD STREET, SUITE 400
BALTIMORE, MARYLAND 21202

E. DAVID HOSKINS
ADMITTED IN MARYLAND,
NEW YORK AND THE DISTRICT OF COLUMBIA

TELEPHONE: (410) 662-6500
TOLL FREE: (855) 346-7546
E-MAIL: dhoskins@hoskinslaw.com

NEW YORK OFFICE
90 STATE STREET, STE. 700
ALBANY, NEW YORK 12207

(518) 935-2672

June 6, 2014

Honorable Marvin J. Garbis
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

**Re:** James Buechler v. Next Day Blinds Corporation
U.S.D.Ct. Md. 1:12-cv-00812-MJG

Dear Judge Garbis:

As required by the Supplement to Final Judgment Order, ECF 32, this letter provides the Court with the report of the outcome of the distribution of the settlement checks.

A total of **60,026** checks were mailed. Of these checks, **49,272** were timely negotiated by the date by which the checks became stale, representing an actual payout to class members totaling **$197,477.34**.

Thanking Your Honor for the Court's attention to this matter, I remain

Sincerely,

E. David Hoskins

EDH/kjf
cc:   Donald A. Rea, Esq. by ECF